Raymond DEPEW, et al., Plaintiffs,

v.

HYLAND CENTER ASSOC.,
et al., Defendants,

Mildred Manes, et al.
Movants/Appellants.

No. 74183.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 27, 1998.

James Joseph Hennelly, Thompson Coburn, St. Charles, for Hyland Center Association.

Randall D. Sherman, Darrell E. Missey, Wegmann, Gasaway, Stewart, Schneider, Dieffenbach, Tesreau & Sherman, P.C., for Mildred Manes, Kelly Rulo & Tammy Cords.

Raymond & Kimberly Depew, Desoto, pro se.

Before HOFF, P.J., and GARY M. GAERTNER, and RHODES RUSSELL, JJ.

## ORDER

PER CURIAM.

Appellants, Mildred Manes, Kelly Rulo, and Tammy Cords, appeal the judgment of the Circuit Court of St. Louis County denying their motion to intervene in plaintiffs' wrongful death action. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no juris-prudential purpose, we affirm the judgment pursuant to Rule 84.16(b).